IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br>RONALD LOTT,<br><br>　　　　Defendant. | NO. CR06-5697FDB<br><br>ORDER CONTINUING PRETRIAL CONFERENCE, PLEADINGS AND TRIAL DATE |

　　　THIS MATTER, having come before the Court upon the stipulated motion of the defendant, Ronald Lott, by and through counsel, Peter E. Friedman, and the Government, for an Order granting a continuance of the pretrial conference, pleadings, and trial dates, and the Court having considered all the files and records herein,

　　　THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that due to the factual and legal complexity of this case, the failure to grant a continuance of the trial date would deny counsel for the defendant the reasonable time necessary to prepare for the trial, taking into account the exercise of due diligence;

　　　THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial;

　　　THIS COURT FURTHER FINDS that all of the time requested between the date of the filing of this motion and April 30, 2007 is necessary in order to provide counsel for the defendant the reasonable time necessary to prepare for trial;

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until April 23, 2007; that the date within which the pretrial motions are due is continued to February 22, 2007; and that the pretrial conference date will be continued to April 13, 2007.  The time between February 5, 2007, up to and including the new trial date of April 23, 2007,  is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

DATED this 19th day of January, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____

Peter Friedman

Attorney for Defendant Ronald Lott


_____/s/  by telephone approval____

Arlen R. Storm

Assistant United States Attorney

Motion and Proposed Order Continuing
Pre-trial Motions Cut-Off Date  - 2

PETER E. FRIEDMAN